**John A. MILLAN, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellee.**

No. 02–7294.

United States Court of Appeals, Federal Circuit.

July 26, 2004.

### ORDER

Upon consideration of the appellant's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.

**Matthew E. SCHWARTZ, Petitioner,**

v.

**DEPARTMENT OF COMMERCE, Respondent.**

No. 04–3346.

United States Court of Appeals, Federal Circuit.

Aug. 2, 2004.

ORDER

Petitioner having paid the initial filing fee, it is ORDERED that the order of

dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

**Troy S.W. ERICKSON, Petitioner,**

v.

**DEPARTMENT OF THE INTERIOR, Respondent.**

No. 04–3183.

United States Court of Appeals, Federal Circuit.

Aug. 5, 2004.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.